UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 7: 15-011-DCR-2 |
| | ) | and |
| V. | ) | Civil Action No. 7: 18-087-DCR |
| | ) | |
| RUSSELL T. MAY, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinions and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant Russell T. May in this proceeding under 28 U.S.C. § 2255.

2. The defendant/movant's collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Dated: February 20, 2019.



Signed By: *Danny C. Reeves*
United States District Judge